October 12, 2007

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042

Mr. Kevin Duane McHargue
Baron & Budd
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281
Honorable Javier Alvarez
El Paso County Courthouse
500 E San Antonio Ave, #1001
El Paso, TX 79901

RE: Case Number: 06-0385
 Court of Appeals Number: 08-05-00335-CV
 Trial Court Number: 2002-740

Style: IN RE SCI TEXAS FUNERAL SERVICES, INC., SCIT HOLDINGS, INC.,
 SCI FUNERAL SERVICES, INC., AND SERVICE CORPORATION INTERNATIONAL

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The Real Parties in Interest's
Motion for Leave to File Response is denied.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Alan B. Rich|
| | |
| |Mr. Gilbert |
| |Sanchez |